UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES STEEL CORPORATION,<br><br>   Plaintiff,<br>and<br><br>BOOMERANG TUBE LLC, ENERGEX TUBE (a Division of JMC Steel Group), TMK IPSCO, and WELDED TUBE USA INC.,<br><br>   Plaintiff-Intervenors,<br>v.<br><br>UNITED STATES,<br><br>   Defendant,<br>and<br><br>JUBAIL ENERGY SERVICES COMPANY and DUFERCO STEEL, INC.,<br><br>   Defendant-Intervenors. | Before:  Timothy C. Stanceu,<br>     Chief Judge<br><br>Court No. 14-00232 |

## ORDER

Upon consideration of the Consent Motion for Extension of Time for Defendant and Defendant-intervenors to File Answers to Plaintiff's Complaint filed by defendant-intervenors Jubail Energy Services Company and Duferco Steel Inc. (Nov. 24, 2014), ECF No. 24, the Consent Motion to Stay Further Proceedings filed by plaintiff United States Steel Corporation (Nov. 25, 2014), ECF No. 25, the consent of all parties submitted via e-mail on November 4, 2014, and all other papers and proceedings herein, it is hereby

  **ORDERED** that the consent motion to stay is GRANTED; it is further

  **ORDERED** that the consent motion for extension of time is DENIED as moot; it is further

**United States Steel Corporation**  **Page 2**
**Court No. 14-00232**

  **ORDERED** that this case is hereby stayed through the date that is 30 days from the date of the final resolution of *Boomerang Tube LLC v. United States*, Consol. Court No. 14-00196; and it is further

  **ORDERED** that by the date on which this stay expires, the parties will provide the Court with a joint status report and proposed briefing schedule that includes dates for filing answers to the complaint and motions to dismiss, if any.

              /s/ Timothy C. Stanceu
              Timothy C. Stanceu
              Chief Judge

Dated: December 4, 2014
    New York, New York