| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |

United States Steel Corporation,

                Plaintiff,

v.

United States,

                Defendant.

Court No. 14-232

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: December 14, 2017

/s/ Jeffrey D. Gerrish
_____
Attorney for Plaintiff

1440 New York Avenue, N.W.
_____
Street Address

Washington, D.C. 20005
_____
City, State and Zip Code

202-371-7381
_____
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: December 14, 2017

Clerk, U. S. Court of International Trade

By: /s/ Cynthia Love
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 14-232 | United States Steel Corporation |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: *December 14, 2017*

Clerk, U. S. Court of International Trade

By: *Cynthia Love*
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)